UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO ALVAREZ,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No.  2:14-cv-1181-KJM-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He requests an extension of time and/or a stay to file his amended complaint and further requests relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure.

Rule 60(b) authorizes a court, "[o]n motion and just terms," to "relieve a party or its legal representative from a final judgment, order, or proceeding" on any of the grounds enumerated in the rule.  Fed. R. Civ. P. 60(b); *see also United States v. Martin*, 226 F.3d 1042, 1048 & n.8 (9th Cir. 2000) (Rule 60(b) "applies only to motions attacking final, appealable orders").  The court has not yet issued a final and appealable order in this case.  Rather, it has merely dismissed the original complaint *with leave to amend*.  Relief from the May 7, 2015 order dismissing the complaint with leave to amend is not available under Rule 60(b).

/////

1

The court will, however, grant plaintiff an extension of time to file his amended complaint pursuant to the court's May 7, 2015 order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Rule 60(b) motion (ECF No. 12) is denied; and

2. Plaintiff's request for an extension of time and/or a stay (ECF Nos. 13, 14) is granted to the extent that plaintiff shall have an additional sixty (60) days in which to file his amended complaint. Absent good cause, the court is not inclined to grant additional requests for extensions of time. Plaintiff is admonished that failure to timely file his amended complaint may result in dismissal of this action.

DATED: June 10, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE